CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ELI J. COHEN (NYBN 5539226)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Eli.Cohen@usdoj.gov

Attorneys for United States of America

FILED

Oct 15 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY MCBRIDE,

Defendant.

CASE NO. 3:26-mj-71346 MAG

NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about October 14, 2026, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon a criminal complaint pending in the Eastern District of Michigan, case number 2:26-mj-30173-DUTY. In that case (copy of criminal complaint attached), the defendant is charged with violations of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm, and 18 U.S.C. § 931 – Unlawful Possession of Body Armor.

The maximum penalties are as follows:

Count One

a. Maximum Imprisonment: 15 years

b. Maximum Supervised Release: 3 years

c. Maximum Fine: $250,000

d. Forfeiture

e. $100 Special Assessment

f. Deportation/Removal from the United States, if applicable

Count Two

a. Maximum Imprisonment: 3 years

b. Maximum Supervised Release: 1 year

c. Maximum Fine: $250,000

d. $100 Special Assessment

e. Deportation/Removal from the United States, if applicable

Respectfully Submitted,

CRAIG H. MISSAKIAN
United States Attorney

Date: October 15, 2026

*/s/ Eli J. Cohen*
ELI J. COHEN
Assistant United States Attorney

AUSA: Jeremiah Smith Telephone: (313) 226-9100
AO 442 (Rev. 11/11) Arrest Warrant Special Agent: Bradley Sundberg Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

**RECEIVED**
*By Amy Godlewski at 4:12 pm, Apr 01, 2026*

United States of America
v.
Anthony McBride

Case No.: 26-mj-30173

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Anthony McBride,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in possession of a firearm
18 U.S.C. § 931 - Unlawful possession of body armor

Date: April 1, 2026

Elizabeth A. Stafford
*Issuing officer's signature*

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* __________, and the person was arrested on *(date)* __________
at *(city and state)* __________.

Date: __________

*Arresting officer's signature*

*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*

AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Jeremiah Smith | Telephone: (313) 226-9100
Special Agent: Bradley Sundberg | Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Anthony McBride

Case No.: 26-mj-30173

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 21, 2025 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 18 U.S.C. § 931 | Unlawful possession of body armor |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Bradley Sundberg, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Elizabeth A. Stafford
*Judge's signature*

Date: April 1, 2026

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Bradley Sundberg, being first duly sworn, depose and state:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in the Detroit Field Division, and I have served in this role since February 2024. Prior to assuming this role, I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training. These courses provided me with extensive training on firearms identification, common criminal scenarios involving firearms, and firearm use in narcotics trafficking. Since joining the ATF, I have also received on-the-job training and gained real-world experience investigating these categories of federal crimes.

2. Prior to joining the ATF, I served for 17 years as a federal law enforcement officer for the Department of Homeland Security. During this time, I received additional federal law enforcement training, and on-the-job training and experience, related to various criminal investigations into violations of federal law.

3. I make this affidavit based on my personal knowledge as a participant in this investigation, including interviews I conducted or that other law enforcement investigators conducted, my communications with others law enforcement investigators who have personal knowledge of the events and circumstances described below, my review of reports related to this investigation, my review of body worn camera videos/images, and my training and experience related to similar

criminal investigations. The information outlined below is provided for the limited purpose of establishing probable cause. This affidavit does not contain all information related to this investigation.

**PROBABLE CAUSE**

4. The ATF is currently investigating Anthony MCBRIDE (DOB: XX/XX/1987) for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) and § 931 (Unlawful Possession of Body Armor).

5. On May 10, 2025, Detroit Police Department (DPD) officers were dispatched to 13XXX Wade Street, Detroit, MI, for a felonious assault that had occurred between MCBRIDE and the victim.

6. The victim told police that, during an argument, MCBRIDE grabbed a black handgun with an extended magazine and fired a single shot into the floor next to the victim. The victim indicated that her two-year-old child had been in the same upstairs room lying in a bed at the time of the assault. MCBRIDE then chased the victim around the residence with the loaded firearm as the victim pleaded with MCBRIDE to put the firearm down. MCBRIDE then went downstairs to find the bullet projectile, claiming he did not want his child to find it. MCBRIDE later left the residence. After MCBRIDE left, the victim called her father who subsequently called DPD.

7. Responding officers found a complete bullet near the base of the stairs. The bullet was found on the opposite side of the living room from where police saw a bullet hole in the ceiling.

8. On May 21, 2025, DPD conducted a search warrant at MCBRIDE's residence on Walden Street, Clinton Township, MI 48038. Officers found MCBRIDE in the apartment and arrested him based on probable cause obtained during the assault investigation.

9. Officers searched MCBRIDE'S bedroom. They found seven long guns, ammunition, and body armor in the bedroom closet. Police also found a black Glock 30, .45 caliber, pistol with an extended magazine underneath the mattress. Multiple prescriptions in MCBRIDE'S name and a letter written by MCBRIDE to a girlfriend were found in the same bedroom as the firearms. During his arrest, MCBRIDE requested clothing that was also found in the same bedroom. Officers found various ammunition throughout the apartment. Below is a list of the long guns seized from MCBRIDE's bedroom:

a. Smith & Wesson, M&P, AR15, 5.56 caliber, rifle;
b. Silver Eagle, R217, 12-gauge, tactical shotgun;
c. GLFA- Sparta, GL-15, 5.56 caliber, rifle;
d. Hatsan Arms Co., 12-gauge Escort, shotgun;
e. Del-Ton, DTI-15, 5.56 caliber, rifle;

f. Bushmaster, XM-15, 5.56 caliber, rifle; and

g. Ruger, 10-22, .22 caliber, rifle.

10. The body armor found in the bedroom closet consisted of two commercially manufactured ceramic plates, front and back, contained inside of a green tactical plate carrier body armor vest. The ceramic plates were both manufactured by East West Consolidated, LLC., in Angier, North Carolina, outside the state of Michigan and therefore traveled in or affected interstate commerce.

11. On February 9, 2026, I provided ATF Interstate Nexus Expert, Special Agent Michael Jacobs, verbal descriptions of the black Glock 30, .45 caliber pistol, and the above-mentioned long guns. Special Agent Jacobs advised that the GLFA-Sparta, GL-15, 5.56 caliber, rifle, was manufactured in the state of Michigan but affected interstate commerce with the transport of the firearm to Federal Firearms Licensee Hick's Inc. located in Luverne, Alabama. The seven other firearms were all manufactured outside of the state of Michigan and therefore have traveled in and affected interstate commerce.

12. I reviewed MCBRIDE's computerized criminal history and observed the following felony conviction:

a. August 24, 2022 – Assault with a dangerous weapon, 16th Circuit Court, Michigan.

## CONCLUSION

13. Based upon these facts, there is probable cause to believe that convicted felon Anthony MCBRIDE, (DOB: XX/XX/1987), knowingly possessed a Glock 30 pistol, a Smith & Wesson M&P rifle, Silver Eagle R217 shotgun, a GLFA- Sparta GL-15 rifle, a Hatsan Arms Co. Escort shotgun, a Del-Ton DTI-15 rifle, a Bushmaster XM-15 rifle, and a Ruger 10-22 rifle, in violation of 18 U.S.C. § 922(g)(1), and body armor, in violation of 18 U.S.C. § 931, on May 21, 2025, in the Eastern District of Michigan.

Respectfully submitted,

Bradley Sundberg
Special Agent, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Elizabeth A. Stafford

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated: April 1, 2026